CONRAD KOHRN, Appellant, *v.* BOYER LIGHTERAGE CORPORATION, Respondent.

Submitted March 5, 1942; decided March 19, 1942.

*Jerome Otis Ellis, Seymour Kempner* and *Ira L. Tilzer* for appellant.

*Russell C. Gay* and *Sherwood E. Silliman* for respondent.

Appeal withdrawn by permission of the court upon payment of twenty-five dollars costs and disbursements. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, Appellant, *v.* ESTATE OF BRADISH JOHNSON, Respondent.

Submitted March 9, 1942; decided March 19, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 232.)